**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7
8                    UNITED STATES  DISTRICT COURT
9                     Northern District of California
10                         Oakland Division
11   ANDY NICHOLAW,                      No. C 11-04245 LB
12              Plaintiff,          **ORDER DENYING PLAINTIFF'S**
                                    **MOTION FOR PERMISSION TO**
       v.                           **SERVE SUBPOENA**
13
     PETER BUSCH,
14
                Defendant.
15   _____/

16       On October 13, 2011, Plaintiff filed a motion to permission to serve Defendant with a subpoena

17   requiring Defendant to produce certain documents because Defendant had not responded to

18   Plaintiff's complaint.  Motion, ECF No. 9.[1]  Defendant had not done so because Defendant had not

19   yet been served.  Acknowledgment of Service, ECF No. 12 (Defendant served on October 21, 2011).

20   After he had, Defendant filed a motion to dismiss, which is currently set to be heard by the court on

21   January 5, 2012.  MTD, ECF No. 13.  In light of Defendant's motion, Plaintiff's motion is DENIED.

22       This disposes of ECF No. 9.

23   **IT IS SO ORDERED.**

24   Dated: November 21, 2011

25                                        _____
                                          LAUREL BEELER
26                                        United States Magistrate Judge

27   _____

28       [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page
     number at the top of the document, not the pages at the bottom.