UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDY NICHOLAW,<br><br>              Plaintiff,<br>    v.<br>PETER BUSCH,<br><br>              Defendant.<br>_____/ | No. C 11-04245 LB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>[Re: ECF No. 35] |

On December 22, 2011, the court dismissed with prejudice Plaintiff's complaint. Order, ECF No. 31.[1] On January 23, 2012, Plaintiff filed a motion for entry of Defendant's default and a motion for default judgment. Motion for Entry of Default, ECF No. 34; Motion for Default Judgment, ECF No. 35. Because Plaintiff's complaint was dismissed with prejudice, Plaintiff's motion for default judgment is DENIED.

This disposes of ECF No. 35.

**IT IS SO ORDERED.**

Dated: January 27, 2012

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-04245 LB